■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROXANNE CHRISTIAN, Appellant. [849 NYS2d 172]—Appeal by the defendant from a judgment of the Supreme Court, Nassau County (Sullivan, J.), rendered May 2, 2006, convicting her of robbery in the first degree, upon her plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which

could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Spolzino, J.P., Skelos, Lifson and McCarthy, JJ., concur.